1

2

3

4

5

6

7

8                             IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSUE ORTIZ,

11                 Plaintiff,                        No. 2:13-cv-0617 KJN P

12           vs.

13   CALIFORNIA DEPARTMENT
     OF CORRECTIONS, et al.,
14
                   Defendants.                       ORDER
15   _____/

16              Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil

17   rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma

18   pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave

19   to proceed in forma pauperis on the current form used by this district.  Plaintiff's application is

20   not certified by prison officials, and plaintiff did not provide a trust account statement for the six

21   months prior to the filing of this action.  Accordingly, plaintiff's application is dismissed and

22   plaintiff is provided the opportunity to submit the application on the appropriate form.  Plaintiff

23   is cautioned that he must also provide a certified copy of his prison trust account statement for

24   the six month period immediately preceding the filing of his complaint.

25   ////

26   ////

                                              1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's March 29, 2013 application to proceed in forma pauperis (Docket

3    No. 2) is dismissed without prejudice;

4    2.  The Clerk of the Court is directed to send plaintiff a new Application to

5    Proceed In Forma Pauperis By a Prisoner; and

6    3.  Plaintiff shall submit, within thirty days from the date of this order, a

7    completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

8    will result in a recommendation that this action be dismissed without prejudice.

9    DATED:  April 8, 2013

10

11

12   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

13   orti0617.3d

14

15

16

17

18

19

20

21

22

23

24

25

26

2