1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSUE ORTIZ,                                No.  2:13-cv-0617 KJN P

12                 Plaintiff,

13         v.                                     ORDER & FINDINGS &
                                                  RECOMMENDATIONS
14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS, et al.,

15

16                 Defendants.

17

18         By order filed September 4, 2013, plaintiff's complaint was dismissed and thirty days

19    leave to file an amended complaint was granted.  Thirty days from that date have now passed, and

20    plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

21         In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

22    directed to assign a district judge to this case; and

23         IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule

24    110; Fed. R. Civ. P. 41(b).

25         These findings and recommendations are submitted to the United States District Judge

26    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27    after being served with these findings and recommendations, plaintiff may file written objections

28    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

                                                  1

1   and Recommendations." Plaintiff is advised that failure to file objections within the specified

2   time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153

3   (9th Cir. 1991).

4   Dated: October 21, 2013

5

6   /orti0617.fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2