UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-0617 WBS KJN P<br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding without counsel. On February 25, 2014, plaintiff filed a document styled, "Motion for Judicial Notice." (ECF No. 18.) Plaintiff claims he is at risk of suffering substantial prejudice because the jailhouse lawyer, to whom plaintiff gave copies of his administrative appeals, was transferred to another institution. Plaintiff contends that defendants allowed the jailhouse lawyer to transfer with plaintiff's legal materials in his possession.

　　　　Because plaintiff has not yet filed an amended complaint, defendants have not yet been served with process. However, the court finds that plaintiff has shown good cause to grant him additional time in which to file an amended complaint. Because some of plaintiff's claims pertained to medical care, plaintiff may be able to obtain information necessary to prepare his amended complaint from his central file.

Good cause appearing, plaintiff's motion is partially granted.  Plaintiff is granted sixty days in which to file an amended complaint.

IT IS HEREBY ORDERED that:

1.  Plaintiff's motion (ECF No. 18) is partially granted; and

2.  Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

Dated:  February 27, 2014

/orti0617.36t

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE