UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-0617 WBS KJN P<br><br><br>ORDER |

On August 26, 2014, the Magistrate Judge issued an order dismissing plaintiff's complaint with leave to amend.  On September 29, 2014, plaintiff filed a request for reconsideration of that order.  Plaintiff signed the request on September 24, 2014.  See Huizar v. Carey, 273 F.3d 1220, 1222 (9th Cir. 2001) (Under the mailbox rule, a prisoner's pro se habeas petition is "deemed filed when he hands it over to prison authorities for mailing to the relevant court."); Houston v. Lack, 487 U.S. 266, 276 (1988).

Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties."  Id.  Thus, plaintiff's request was due on or before September 9, 2014.  Therefore, plaintiff's September 24, 2014 request for reconsideration of the magistrate judge's order of August 26, 2014, is untimely.  Good cause appearing, plaintiff is granted an additional thirty days in which to file a second amended complaint.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  Plaintiff's request for reconsideration (ECF No. 23) is denied; and

3   2.  Plaintiff is granted an additional thirty days from the date this Order is signed in which
4   to file a second amended complaint that complies with the August 26, 2014 order.

5   Dated:  November 13, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

11   /orti0617.851